(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>District of _MARYLAND_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>**_Acquaviva, Antonio, Vito_** | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**_NONE_** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)**_7657_** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor   (No. & Street, City, State & Zip Code):<br>**_4107 Ferrara Drive_**<br>**_Silver Spring MD  20906_** | Street Address of Joint Debtor   (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **_Montgomery_** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor   (if different from street address):<br>**_SAME_** | Mailing Address of Joint Debtor   (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): **_NOT APPLICABLE_** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**   (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts**   (Check one box) | **Filing Fee**   (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business**   (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information**   (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**FORM B1, Page 2**

*Antonio Vito Acquaviva*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *Southern District of Maryland* | *03-15408 PM* | *5/9/03 Dism9/26/03* |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Antonio Vito Acquaviva*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Jay L. Jensen*
Signature of Attorney for Debtor(s)

*Jay L. Jensen 05706*
Printed Name of Attorney for Debtor(s)

*Jay L. Jensen, Attorney-at-Law*
Firm Name

*4946 Bel Pre Road*
Address

*Rockville MD  20853*

*301-871-5078*
Telephone Number                          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Jay L. Jensen*
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## SOUTHERN DIVISION

In re *Antonio Vito Acquaviva*

Case No.
Chapter  *13*

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date:$22,963.75* | *2004: U.S. Foodservice, Inc., 9755 Patuxent Woods Drive, Columbia MD 21046* |
| *Last Year: $42,505.61* | |
| *Year before:$45,226* | *2003:  Virginia Linen Service, PO Box 869 Petersburg, VA 23804 - $1,062.60; U.S. Foodservice, Inc., 9755 Patuxent Woods Drive, Columbia MD 21046 - $41,443.01* |
| | *2002:  Virginia Linen Service* |

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:None* | *2003: 401K distribution* |
| *Last Year:$11,620.23* | |
| *Year before:None* | |

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor: American Business Mortgage Svc**<br>**Address: 111 Presidential Blvd**<br>**Bala Cynwyd, PA 19004** | *4/12/2004* | *$1384* | *$181,280* |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Rhonda B. Bena v. Tony Acquaviva Case no. 0601-0021536-2003* | *Suit on an account* | *District Court of Maryland for Montgomery County* | *Affidavit judgment on 1/22/2004* |
| *Washington Gas Light Co. v.Tony Acquaviva Case no. 0602-0019774-2003* | *Suit on an account* | *District Court of Maryland for Montgomery County* | *Judgment for Plaintiff on 11/26/2003* |
| *Contee Station c/o Kenneth T. Haley v. Antonio V. Acquaviva Case no.: 0602-0003406-2003* | *Suit on an account* | *District Court of Maryland for Montgomery County* | *Affidavit judgment on 5/22/2003* |
| *Lee of Maryland Corporation v. Viva, Antonio V. Acqua, Case no.: 0602-0001124-2003* | *Suit for amount owing on a lease* | *District Court of Maryland for Montgomery County* | *Affidavit judgment 4/30/2003* |
| *Sysco Corporation v. HFSM Inc. and Antonio Acquaviva, Guarantor. Case nos.:1001-0003497-2002 (Howard) & 0602-0024857-2002 (Montgomery)* | *Suit on an account* | *District Court of Maryland for Montgomery County and District Court of Maryland for Howard County* | *Judgment for Plaintiff on 10/7/2002* |

Statement of Affairs - Page 2

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Saval Food Corporation v. HFSM Inc. and Antonio Acquaviva, Case no.: 0602-0015930-2002* | *Suit on an account* | *District Court of Maryland for Montgomery County* | *Judgment for Plaintiff on 11/02/2002* |
| *Arnold & Bassin, Doctors v. Antonio Acquaviva, Case no.: 0602-0005509-1999* | *Suit on an account* | *District Court of Maryland for Montgomery County* | *Affidavit judgment on 7/13/1999* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Rhonda B. Benna Address: 9416 Robin Lee Court, Manassas Park, VA 20111* | *March 13, 2004 to filing date* | *Description:25% of earnings taken biweekly from pay totaling $3,218.98* |

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Condor Capital Address: 800 South Oyster Bay Drive, Hickville, NY 11801* | *Repossessed: 3/28/2004; returned in anticipation of bankruptcy on 4/27/2004* | *Description: 2000 Toyota Value:$4,420* |

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement  of  this  case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jay L. Jensen, Esq.* *Address:* *4946 Bel Pre Road* *Rockville, MD 20853* | *Date of Payment: 5/6/2004 & 6/10/2004* *Payor: Antonio Vito Acquaviva* | *$1,000.00 of a total of $2000.00* |

---

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is  not  filed.)

☒ NONE

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

---

**14. Property held for another person.**

List all property owned by another person that the  debtor  holds  or  controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: HFSM, Inc. Business Address: 1244 Lanham Road, Largo MD 20774* | *TaxPayer ID:* | *dba Sam's American Bar and Grill with a name change to Cappy's Bar and Grill* | *8/2001 - 5/2002* |
| *Debtor is an Individual:Black River Restaurant, Inc. Business Address: 4107 Ferrara Drive, Silver spring, MD 20906* | *TaxPayer ID:* | *Corporation never conducted any business* | *11/2002 - 1/2003* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements.**

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name: Antonio V. Acquaviva Address: 4107 Ferrara Drive, Silver Spring, MD 20906* | *Dates: 8/2001 - 5/2002* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

<u>NAME AND ADDRESS</u>

*Name: Antonio V. Acquaviva*
*Address:4107 Ferrara Drive, Silver Spring, MD*
*Missing:*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

## 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories  reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member  of  the  partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of  this  case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this  case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of  this  case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature _/s/ Antonio Vito Acquaviva_____
                                          _Antonio Vito Acquaviva_


Date _____        Signature _____


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## SOUTHERN DIVISION

In re *Antonio Vito Acquaviva*

Case No.
Chapter *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $        *262,000.00* | | |
| B-Personal Property | *Yes* | *4* | $         *16,409.98* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $        *196,954.61* | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $         *30,634.78* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *4* | | $         *39,274.91* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $          *4,909.68* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $          *3,627.08* |
| Total Number of Sheets in All Schedules ▶ | | *18* | | | |
| Total Assets ▶ | | | $        *278,409.98* | | |
| Total Liabilities ▶ | | | | $        *266,864.30* | |

In re *Antonio Vito Acquaviva* _____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____19_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____    Signature *_/s/ Antonio Vito Acquaviva_____*

*Antonio Vito Acquaviva*

In re _Antonio Vito Acquaviva_ _____/ Debtor    Case No._____

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence at 4107 Ferrara Drive, Silver Spring, MD 20906<br>Value                                $262,000<br><br>Cost of sale          $ 26,200<br>Mortgage         $181,280<br>True  equity              $      54,520 | Fee Simple | J | $ 262,000.00 | $ 181,279.85 |
| No continuation sheets attached | **TOTAL $**<br>**(Report also on Summary of Schedules.)** | | _262,000.00_ | |

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand**<br>**Location: In debtor's possession** | | $ 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Location: Chevy Chase Bank** | J | $ 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom sets (3); dining room set, kitchen dinette set**<br>**Location: In debtor's possession** | J | $ 1,750.00 |
| | | **Couches (2), chairs (4), end tables (2) & coffee table**<br>**Location: In debtor's possession** | J | $ 750.00 |
| | | **Digital camera, golf clubs, fishing rods (2)**<br>**Location: In debtor's possession** | J | $ 220.00 |
| | | **Miscellaneous personal property**<br>**Location: In debtor's possession** | J | $ 500.00 |
| | | **TVs (3), Computers (2), Ministereo with CD player**<br>**Location: In debtor's possession** | J | $ 500.00 |
| | | **Yard tools**<br>**Location: In debtor's possession** | | $ 50.00 |

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _CDs (50) and wall decor_ _Location: In debtor's possession_ | J | $ 100.00 |
| 6. Wearing apparel. | | _Trousers(15), shirts (15), suits (4), sweaters (4), shoes_ _Location: In debtor's possession_ | | $ 150.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _100% stockholder of Black River Restaurant Inc._ _Location: In debtor's possession_ | | $ 1.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | _State Tax refund_ _Location: In possession of Comptroller of Maryland_ | J | $ 1,040.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

In re _Antonio Vito Acquaviva_ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _Dodge Caravan minivan with 77,000 miles_ _Location: In debtor's possession_ | J | $ 3,100.00 |
| | | _1998 Toyota Camry with 77,000 miles_ _Location: In debtor's possession_ | J | $ 4,420.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | _Dogs (2)_ _Location: In debtor's possession_ | | $ 10.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _Monies garnished from wages during the 90 days_ _prior to bankruptcy filing by Rhonda B. Bena_ _Location: In possession of Rhonda B. Bena, 9416_ | | $ 3,218.98 |

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Robin Lee Court, Manassas Park Virginia_ | | |

Total ➡    $ 16,409.98

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

In re
_Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):    Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Residence_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 97,217.04_ | _$ 262,000.00_ |
| _Cash on hand_ | _MC & JPCA §11-504(b)(5)_ | _$ 100.00_ | _$ 100.00_ |
| _Checking account_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 500.00_ | _$ 500.00_ |
| _Bedroom sets (3); dining room set,kitchen dinette set_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 1,750.00_ | _$ 1,750.00_ |
| _Couches (2), chairs (4), end tables (2) & coffee table_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 750.00_ | _$ 750.00_ |
| _Digital camera, golf clubs, fishing rods (2)_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 220.00_ | _$ 220.00_ |
| _Miscellaneous personal property_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 500.00_ | _$ 500.00_ |
| _TVs (3), Computers (2), Ministereo with CD player_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 500.00_ | _$ 500.00_ |
| _Yard tools_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 50.00_ | _$ 50.00_ |
| _CDs (50) and wall decor_ | _Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. (Md.) 1985)_ | _$ 100.00_ | _$ 100.00_ |
| _Trousers(15), shirts (15), suits (4), sweaters (4), shoes_ | _MC & JPCA §11-504(b)(4)_ | _$ 150.00_ | _$ 150.00_ |
| _Stock_ | _MC & JPCA §11-504(b)(5)_ | _$ 1.00_ | _$ 1.00_ |
| _Tax refund_ | _Sumy v. Schlossberg, 777 F.2d 921_ | _$ 1,040.00_ | _$ 1,040.00_ |

In re
_Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____
(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| | _(4th Cir. (Md.) 1985)_ | | |
| _Automobile_ | _Sumy v. Schlossberg, 777 F.2d 921_ _(4th Cir. (Md.) 1985)_ | _$ 3,100.00_ | _$ 3,100.00_ |
| _Dogs (2)_ | _Sumy v. Schlossberg, 777 F.2d 921_ _(4th Cir. (Md.) 1985)_ | _$ 10.00_ | _$ 10.00_ |
| _Monies garnished_ | _MC & JPCA §11-504(f)_ _MC & JPCA §11-504(b)(5)_ | _$ 2,500.00_ _$ 718.98_ | _$ 3,218.98_ |

FORM B6D (12/03) West Group, Rochester, NY

In re _Antonio Vito Acquaviva_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No. *8914*<br><br>*Creditor # : 1*<br>*American Business Mortgage Svc*<br>*111 Presidential Blvd*<br>*Bala Cynwyd PA 19004* | X | *J* *1999*<br>*Deed of Trust on residence*<br>*Mortgage on residence*<br><br>Value: *$ 262,000.00* | | | | *$ 181,279.85* | *$ 0.00* |
| Account No. *4656*<br><br>*Creditor # : 2*<br>*Condor Capital Corporation*<br>*800 South Oyster Bay Road*<br>*Hicksville NY 11801-3519* | X | *J* *2/22/03*<br>*Auto loan - Camry*<br>*Auto loan on 2000 Camry*<br><br>Value: *$ 4,420.00* | | | | *$ 15,674.76* | *$ 11,254.76* |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

**Subtotal $**    *196,954.61*
(Total of this page)

**Total $**    *196,954.61*
(Use only on last page. Report total also on Summary of Schedules)

In re _Antonio Vito Acquaviva_____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *5478* Creditor # : 1 Comptroller of Maryland Revenue Administration Div. Annapolis MD 21411 | | *3/29/2004* Withholding tax 1/01-12/01 Tax assessed as officer of Sam's Bar and Grill | | | | $ 2,911.50 | $ 2,911.50 |
| Account No: *5478* Creditor # : 2 Comptroller of Maryland Revenue Administration Div. Annapolis MD 21411 | X J | 3/31/04 Sales and Use Taxes Assessed against Mr. Acquaviva as an officer of Sam's Bar and Gril  (HFSM Corporation)l | | | | $ 27,723.28 | $ 27,723.28 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

| | |
|---|---|
| Subtotal $ (Total of this page) | 30,634.78 |
| Total $ | 30,634.78 |

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Antonio Vito Acquaviva_____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *nown*<br>*Creditor # : 1*<br>*Drs. Arnold & Bassin*<br>*10313 Georgia Avenue*<br>*Silver Spring MD 20902* | | *7/13/1999*<br>*Judgment* | | | | $ 209.25 |
| Account No:<br>*Representing:*<br>*Drs. Arnold & Bassin* | | *Stephen R. Rourke, Esq.*<br>*Jasen & Kennedy*<br>*7826 Eastern Avenue N.W. #12*<br>*Washington DC 20012* | | | | |
| Account No: *nown*<br>*Creditor # : 2*<br>*Contee Station*<br>*c/o Kenneth Haley*<br>*PO Box 210*<br>*Chester MD 21619* | | *5/22/2003*<br>*Judgment* | | | | $ 985.55 |
| Account No: *5898*<br>*Creditor # : 3*<br>*Cross Country Bank*<br>*PO Box 310711*<br>*Boca Raton   FL 33431-0711* | | *Various*<br>*Credit Card Debt* | | | | $ 1,287.00 |

_3_ continuation sheets attached

Subtotal $     2,481.80
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Antonio Vito Acquaviva_____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8954<br>Creditor # : 4<br>First Premier Bank<br>PO Box 5524<br>Sioux Falls SD 57117-5524 | | Various<br>Credit Card Debt | | | | | $ 971.87 |
| Account No:   7295<br>Creditor # : 5<br>First Premier Bank<br>PO Box 5524<br>Sioux Falls SD 57117-5524 | | Various<br>Credit Card Debt | | | | | $ 305.31 |
| Account No:   0984<br>Creditor # : 6<br>Household Bank<br>Bankcard Services<br>PO Box 80084<br>Salinas  CA 93912-0084 | | Various<br>Credit Card Debt | | | | | $ 550.00 |
| Account No:   nown<br>Creditor # : 7<br>Lee of Maryland Corp<br>c/o Charles Ryan<br>14452 Old Mill Road<br>Upper Marlboro MD  20772 | X J | Various<br>Amount owing on busines lease<br>Judgment on personal guarantee for business debt | | | | X | $ 7,872.50 |
| Account No:   00/1<br>Creditor # : 8<br>O'Malley, Myles, et al<br>11785 Beltsville Drive<br>10th Floor<br>Calverton MD 20705 | | Various<br>Legal Fees | | | | | $ 903.00 |
| Account No:   52/1<br>Creditor # : 9<br>O'Malley, Myles, et al<br>11785 Beltsville Drive<br>10th Floor<br>Calverton MD 20705 | | Various<br>Legal Fees | | | | | $ 1,509.46 |

Sheet No.   _1_ of   _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *12,112.14*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No._____
                                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _nown_<br><br>Creditor # : 10<br>Rhonda B. Benna<br>9416 Robin Lee Court<br>Manassas VA 20111 | | 2/23/2004<br>Judgment<br>Wages garnished for this debt | | | | $ 2,000.00 |
| Account No: _nown_<br><br>Creditor # : 11<br>Saval Food Corporation<br>6740 Dorsey Road<br>Elkridge MD 21014 | | 11/04/2002<br>Judgment | | | | $ 9,570.00 |
| Account No:<br><br>Representing:<br>Saval Food Corporation | | Anton M. Weiss, Esq.<br>Pascal, Weiss & Neveless<br>1008 Pennsylvania Ave. N.W.<br>Washington DC 20003 | | | | |
| Account No: _TONY_<br><br>Creditor # : 12<br>Southern Stainless Equipment<br>PO Box 1348<br>292 Race Avenue<br>Waynesboro VA 22980-1326 | | 01/07/2004<br>Purchases on credit | | | | $ 1,550.00 |
| Account No: _nown_<br><br>Creditor # : 13<br>Sysco Corporation<br>8000 Dorsey Run Road<br>Jessup MD 20794 | | 10/7/2002<br>Judgment | | | | $ 5,138.44 |
| Account No:<br><br>Representing:<br>Sysco Corporation | | John L. Friedman, Esq<br>1101 Saint Paul Street<br>Suite 402<br>Baltimore MD 21202 | | | | |

Sheet No. _2_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    18,258.44
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Antonio Vito Acquaviva_ _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: <br><br> Creditor # : 14 <br> Washington Gas <br> PO Box 96501 <br> Washington  DC 20090-6501 | | *Utility Bills* <br> *Personal guarantee for business utility bills* | | | | | | $ 4,500.00 |
| Account No:  1020 <br><br> Creditor # : 15 <br> Washington Gas <br> PO Box 96501 <br> Washington  DC 20090-6501 | X  J | *Various* <br> *Utility Bills* | | | | | | $ 1,922.53 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No.  _3_  of  _3_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | | *6,422.53* |
| **Total $** <br> (Report total also on Summary of Schedules) | | *39,274.91* |

FORM B6G (10/89) West Group, Rochester, NY

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Lee of Maryland_<br>_c/o Charles Ryan_<br>_14452 Old Mill Road_<br>_Upper Marlboro MD    20772_ | Contract Type:_Lease of restaurant space_<br>Terms:<br>Beginning date:<br>Debtor's Interest:_Lessor_<br>Description:<br><br>Buyout Option: |

In re _Antonio Vito Acquaviva_ _____ / Debtor          Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Barbara Acquaviva<br>4107 Ferrara Drive<br>Silver Spring MD    20906 | American Business Mortgage Svc<br>111 Presidential Blvd<br>Bala Cynwyd PA   19004<br><br>Condor Capital Corporation<br>800 South Oyster Bay Road<br>Hicksville NY   11801-3519<br><br>Lee of Maryland Corp<br>c/o Charles Ryan<br>14452 Old Mill Road<br>Upper Marlboro MD    20772<br><br>Washington Gas<br>PO Box 96501<br>Washington  DC  20090-6501 |
| Baham Rowhani<br>4505 Willard Avenue<br>Chevy Chase MD   20815 | Comptroller of Maryland<br>Revenue Administration Div.<br>Annapolis MD  21411 |

In re _Antonio Vito Acquaviva_ _____ / Debtor    Case No. _____
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP _Daughter_ _Son_ | AGE _15_ _9_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Sales_ | _Child care/preschlool_ |
| Name of Employer | _U.S. Food Service_ | _Executive Child Develop. Cntr._ |
| How Long Employed | _16 months_ | _7 years_ |
| Address of Employer | _9755 Patuxent Woods Drive_ _Columbia  MD  21046_ | _6006 Excutive Blvd_ _Rockville MD  20852_ |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | _4,175.23_ | $ _2,688.29_ |
| Estimated Monthly Overtime | $ | _0.00_ | $ _0.00_ |
| SUBTOTAL | $ | _4,175.23_ | $ _2,688.29_ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | $ | _1,277.80_ | $ _586.38_ |
| b. Insurance | $ | _48.60_ | $ _41.06_ |
| c. Union Dues | $ | _0.00_ | $ _0.00_ |
| d. Other  (Specify): | $ | _0.00_ | $ _0.00_ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _1,326.40_ | $ _627.44_ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | _2,848.83_ | $ _2,060.85_ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ _0.00_ |
| Income from Real Property | $ | _0.00_ | $ _0.00_ |
| Interest and dividends | $ | _0.00_ | $ _0.00_ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ _0.00_ |
| Social Security or other government assistance Specify: | $ | _0.00_ | $ _0.00_ |
| Pension or retirement income | $ | _0.00_ | $ _0.00_ |
| Other monthly income Specify: | $ | _0.00_ | $ _0.00_ |
| TOTAL MONTHLY INCOME | $ | _2,848.83_ | $ _2,060.85_ |

TOTAL COMBINED MONTHLY INCOME    $    _4,909.68_
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re *Antonio Vito Acquaviva* _____ / Debtor          Case No. _____

                                                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,537.00 |
| Are real estate taxes included?    Yes ☐    No ☒ | | |
| Is property insurance included?    Yes ☒    No ☐ | | |
| Utilities: Electricity and heating fuel | $ | 175.00 |
|     Water and sewer | $ | 40.00 |
|     Telephone | $ | 60.00 |
|     Other    *Cable TV* | $ | 48.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 500.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 10.00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 60.00 |
| Charitable contributions | $ | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 33.08 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 132.33 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0.00 |
|     Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:    *Child care* | $ | 371.67 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ | 3,627.08 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly Income | $ | 0.00 |
| B. Total projected monthly expenses | $ | 0.00 |
| C. Excess Income (A minus B) | $ | 0.00 |
| D. Total amount to be paid into plan each:    *Weekly* | $ | 0.00 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# SOUTHERN DIVISION

In re *Antonio Vito Acquaviva*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor:  *Jay L. Jensen*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ____*3*____ pages, is true, correct and complete to the best of my knowledge.

Date: _____

*/s/ Antonio Vito Acquaviva*_____
Debtor

*/s/ Jay L. Jensen*_____
*Jay L. Jensen*
*Attorney for the debtor(s)*
*4946 Bel Pre Road*
*Rockville, MD  20853*

Bahman Rowhani
4505 Willard Avenue
Chevy Chase, MD  20815


Anton M. Weiss, Esq.
Pascal, Weiss & Neveless
1008 Pennsylvania Ave. N.W.
Washington, DC  20003


American Business Mortgage Svc
111 Presidential Blvd
Bala Cynwyd, PA  19004


Drs. Arnold & Bassin
10313 Georgia Avenue
Silver Spring, MD  20902


Comptroller of Maryland
Revenue Administration Div.
Annapolis, MD  21411


Condor Capital Corporation
800 South Oyster Bay Road
Hicksville, NY  11801-3519


Contee Station
c/o Kenneth Haley
PO Box 210
Chester, MD  21619


Cross Country Bank
PO Box 310711
Boca Raton , FL  33431-0711


First Premier Bank
PO Box 5524
Sioux Falls, SD  57117-5524


John L. Friedman, Esq
1101 Saint Paul Street
Suite 402
Baltimore, MD  21202

Household Bank
Bankcard Services
PO Box 80084
Salinas , CA  93912-0084


Internal Revenue Service
Special Procedures Unit
Room 1120
31 Hopkins Plaza
Baltimore, MD  21201


Lee of Maryland Corp
c/o Charles Ryan
14452 Old Mill Road
Upper Marlboro, MD   20772


Maryland Comptroller of the Treasury
Revenue Administration Division
Annapolis, MD  21411


O'Malley, Myles, et al
11785 Beltsville Drive
10th Floor
Calverton, MD  20705


Rhonda B. Benna
9416 Robin Lee Court
Manassas, VA  20111


Stephen R. Rourke, Esq.
Jasen & Kennedy
7826 Eastern Avenue N.W. #12
Washington, DC  20012


Saval Food Corporation
6740 Dorsey Road
Elkridge, MD  21014


Southern Stainless Equipment
PO Box 1348
292 Race Avenue
Waynesboro, VA  22980-1326

```
Sysco Corporation
8000 Dorsey Run Road
Jessup, MD  20794


Washington Gas
PO Box 96501
Washington , DC  20090-6501
```