IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:  Antonio Acquaviva

Case No.  04-24132

Motion in Opposition to approval of Plan

Comes now, Charles J. Ryan III Counsel for Debtor Lee of Maryland, an unsecured

Creditor in this matter and files this motion in objection to the approval of the plan by the

Debtor and states:

1.  That the Creditor secured a judgment in the District Court of Maryland in the
    amount of $7872.50 plus interest at 10%.

2.  that pursuant to Section 11 USC 1325(a), the value of the amount to be distributed
    under the plan to unsecured creditors should not be less then would be distributed
    to unsecured creditors under a chapter 7 case.

3.  That a review of the assets and liabilities in the case would suggest that the
    unsecured creditors would be paid 100% of their claims if there was a chapter 7
    filing.

4.  That there are sales of similar houses on Tulare Street, 1 street away from the
    property of the debtor (built the same year) at $324,00 and $300,000 in the past 6

months and that the valuation of the debtors residence at the assessed value

($262,000) does not reflect the value of the assets of the debtor

Respectfully submitted,

Charles J. Ryan III
14452 Old Mill Road
Suite 301
Upper Marlboro, Md. 20772

Certificate of mailing

I hereby certify that a copy of the foregoing was mailed first class postage pre-paid on this 22 day of June 2004 to:

Jay Jensen
4946 Bel Pre Road
Rockville Md.  20853

Nancy L Spenser-Grigsby
PO Box 958
Bowie, Md.  20718

END OF DOCUMENT

Click here for a plain text ADA compliant screen.

**Maryland Department of Assessments and Taxation**
**MONTGOMERY COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**     District - 13 Account Number - 01312416

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | ACQUAVIVA, ANTONIO V & B E | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | YES |
| **Mailing Address:** | 4107 FERRARA DR | **Deed Reference:** | 1) /13183/ 306 |
| | SILVER SPRING MD 20906 | | 2) |

## Location & Structure Information

**Premises Address**
4107 FERRARA DR
SILVER SPRING 20906

**Legal Description**
SEC 2 GARRETT FOREST

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Group | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| HQ32 | | | | 90 | | P | 15 | 80 | Plat Ref: |

| Special Tax Areas | | Town Ad Valorem Tax Class | 38 |
|---|---|---|---|

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1957 | 1,428 SF | 6,900.00 SF | 111 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 2 | NO | SPLIT LEVEL | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2003 | As Of 07/01/2004 |
|---|---|---|---|---|
| Land: | 48,900 | 97,800 | | |
| Improvements: | 95,600 | 159,910 | | |
| Total: | 144,500 | 257,710 | 144,500 | 182,236 |
| Preferential Land: | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | THOMAS W & R T MORRISON | **Date:** | 01/04/1995 | **Price:** | $137,500 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /13183/ 306 | **Deed2:** | |
| **Seller:** | | **Date:** | 01/10/1989 | **Price:** | $130,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | / 8649/ 875 | **Deed2:** | |
| **Seller:** | | **Date:** | | **Price:** | |
| **Type:** | | **Deed1:** | | **Deed2:** | |

## Exemption Information

| Partial Exempt Assessments | Class | 07/01/2003 | 07/01/2004 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

**Tax Exempt:**     NO
**Exempt Class:**

**Special Tax Recapture:**

* NONE *



**Maryland Department of Assessments and Taxation**
**MONTGOMERY COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search

**District** - 13 **Account Number** - 01312416



Property maps provided courtesy of the Maryland Department of Planning ©2001 - 2002.
For more information on electronic mapping applications, visit the Maryland Department of Planning
web site at www.mdp.state.md.us/webcom/index.html



 **Maryland Department of Assessments and Taxation**
**MONTGOMERY COUNTY**
**Real Property Data Search**

Go Back
**View Map**
New
Search

## Page 1 of 1

| Transfer Date | Account Identifier | Street Location | Sale Price | Liber/Folio |
|---|---|---|---|---|
| 06/02/2004 | 13 01313741 | 4100 TULARE DR | 324,950 | |
| 03/10/2004 | 13 01312600 | 4101 TULARE DR | 0 | |
| 06/24/2003 | 13 01312278 | 4117 TULARE DR | 300,000 | |

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**MONTGOMERY COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**    District - 13 Account Number - 01313741

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | YEN, YIU CHEUN | **Use:** | RESIDENTIAL |
| | | **Principal Residence:** | YES |
| **Mailing Address:** | 4100 TULARE DR | **Deed Reference:** | 1) |
| | SILVER SPRING MD 20906-4747 | | 2) |

## Location & Structure Information

**Premises Address**
4100 TULARE DR
SILVER SPRING 20906-4747

**Legal Description**
GARRETT FOREST SEC 2

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Group | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| HQ32 | | | | 90 | | G | 12 | 80 | Plat Ref: |

| Special Tax Areas | Town | | | |
|---|---|---|---|---|
| | Ad Valorem | | | |
| | Tax Class | 38 | | |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1957 | 1,014 SF | 8,653.00 SF | 111 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 1 | YES | STANDARD UNIT | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2003 | As Of 07/01/2004 |
|---|---|---|---|---|
| Land: | 50,650 | 101,300 | | |
| Improvements: | 97,010 | 166,550 | | |
| Total: | 147,660 | 267,850 | 147,660 | 187,723 |
| Preferential Land: | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | KOWL, PETER ET AL | **Date:** | 06/02/2004 | **Price:** | $324,950 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | | **Deed2:** | |
| **Seller:** | | **Date:** | 10/20/1992 | **Price:** | $0 |
| **Type:** | NOT ARMS-LENGTH | **Deed1:** | /10751/ 616 | **Deed2:** | |
| **Seller:** | | **Date:** | | **Price:** | |
| **Type:** | | **Deed1:** | | **Price:** | |

## Exemption Information

| Partial Exempt Assessments | Class | 07/01/2003 | 07/01/2004 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

| | | | |
|---|---|---|---|
| **Tax Exempt:** | NO | **Special Tax Recapture:** | |
| **Exempt Class:** | | | |
| | | * NONE * | |

Click here for a plain text ADA compliant screen.

 **Maryland Department of Assessments and Taxation**
**MONTGOMERY COUNTY**
**Real Property Data Search**

Go Back
View Map
New Search
Ground Rent

**Account Identifier:**    **District – 13 Account Number – 01312278**

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | PLUMBLEY, JULIE A & STEPHEN | Use: | RESIDENTIAL |
| | | Principal Residence: | YES |
| Mailing Address: | 4117 TULARE DR | Deed Reference: | 1) /24323/ 608 |
| | SILVER SPRING MD 20906-4748 | | 2) |

## Location & Structure Information

**Premises Address**
4117 TULARE DR
SILVER SPRING 20906-4748

**Legal Description**
SEC 6 GARRETT FOREST

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Group | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| HQ32 | | | | 90 | | Q | 27 | 80 | Plat Ref: |

| Special Tax Areas | Town Ad Valorem Tax Class | 38 |
|---|---|---|

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1958 | 1,475 SF | 7,350.00 SF | 111 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 2 | NO | SPLIT LEVEL | BRICK |

## Value Information

| | Base Value | Value As Of 01/01/2004 | Phase-in Assessments As Of 07/01/2003 | As Of 07/01/2004 |
|---|---|---|---|---|
| Land: | 49,350 | 98,700 | | |
| Improvements: | 101,660 | 199,800 | | |
| Total: | 151,010 | 298,500 | 151,010 | 200,173 |
| Preferential Land: | 0 | 0 | 0 | 0 |

## Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| Seller: | ESCOBAR, RUBEN G & D E | Date: | 06/24/2003 | Price: | $300,000 |
| Type: | IMPROVED ARMS-LENGTH | Deed1: | /24323/ 608 | Deed2: | |
| Seller: | MARIO E & R J CONTRERAS | Date: | 09/14/1993 | Price: | $150,000 |
| Type: | IMPROVED ARMS-LENGTH | Deed1: | /11769/ 284 | Deed2: | |
| Seller: | | Date: | 07/08/1987 | Price: | $113,000 |
| Type: | IMPROVED ARMS-LENGTH | Deed1: | / 7794/ 369 | Deed2: | |

## Exemption Information

| Partial Exempt Assessments | Class | 07/01/2003 | 07/01/2004 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

**Tax Exempt:**    NO
**Exempt Class:**

**Special Tax Recapture:**

* NONE *