_____                                    ☒ RETAIN
Nancy V. Alquist , U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - CHAPTER 13

Date: 12/07/2004  Time: 11:15

04-24132 Antonio Vito Acquaviva

Jay L Jensen (Mr) representing Antonio Vito Acquaviva (Debtor)

Nancy L Spencer Grigsby (Trustee)

[10]   Objection to Confirmation of Plan Filed by Lee of
Maryland Corp.  (related document(s)[5] Chapter 13 Plan
filed by Debtor Antonio Vito Acquaviva).
Movant: Lee of Maryland Corp.   BY C Ryan;

[18]   Amended Chapter 13 Plan.Amount of Payments per Month:
$$1,292.00,Number of Months:60, Filed by Antonio Vito Acquaviva
(related document(s)[5] Chapter 13 Plan filed by Debtor
Antonio Vito Acquaviva).  (Attachments: # (1) Certificate
of Service)
Movant: Antonio Acquaviva        BY J Jensen;

DISPOSITIONS:                              *amendment deadline open Feb. 7*

Plan: Confirmed Modified Hold Interlineation:$____ Mos. Converted to Ch___
Denied without/with leave to amend by: *Jan 11, 2005*  Conf: Feb 22 Dismissed
Continued to: _____ amendment _____   2005 @ 11:15

Other Matters:    (List Paper No next to ruling)

    Granted    ____      Sustained   ____      Denied      ____
    Overruled  ____      Withdrawn   ____      Under Adv.  ____
    Moot       ____      Consent     ____      Dismissed   ____
    O.T.J. Fee ____

DECISION:

[ ] Signed by Court       [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel        [ ] Court
    [ ] Respondent's counsel    [ ] Other _____

NOTES:
Per Mr Jensen
- Needs to amend plan
- Presented cashiers check for full arrearage
- Bar date today.